Decision Per Curiam.

Samuel S. Lamb, Sr., James K. Parrish, Robert F. Willis, Thomas W. Conrad, William C. Spencer, John W. Jackson, James A. Howze and David I. Jones, Appellants, vs. The County of Manatee and the Board of County Commissioners of the County of Manatee, and Samuel G. Corwin, J. B. Wyatt, Hamlin V. Whitaker, M. C. Davis and W. H. Gillette as the Board of County Commissioners of the County of Manatee, Florida, Appellees.

Appeal from Circuit Court, Manatee County; Joseph B. Wall, Judge.

*Langley & Singeltary,* for Appellants.

No appearance for Appellees.

The bill in this cause was filed by the appellants

against the appellees. There was decree for the defendants, and the complainants appeal.

Appeal dismissed on praecipe of counsel for the appellants.

Decision Per Curiam.